# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>          Defendants. | 2:12-CV-534 JCM (GWF) |

**ORDER**

Presently before the court is plaintiff, Federal Deposit Insurance Corporation's ("FDIC"), as receiver for Security Savings Bank, motion to remand. Doc. #27. Plaintiff filed a similar motion in its other action currently pending before this court, *FDIC v. Banc of America Sercurities, LLC, et al.*, case number 2:12-cv-00532-JCM-RJJ. For the reasons stated therein, the instant motion is DENIED.

IT IS SO ORDERED.

DATED July 13, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**